2003R00032

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Joseph A. Greenaway, Jr. |
| v. | : | Cr. No. 04-476 |
| KAREEM HERRILL | : | ORDER FOR DISMISSAL |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, Paul J. Fishman, the United States Attorney for the District of New Jersey, hereby dismisses the Indictment assigned criminal No. 04-476, against defendant Kareem Herrill, which was filed on June 24, 2004, charging that the defendant did knowingly and intentionally conspire with others to distribute and possess with intent to distribute a quantity of cocaine, contrary to Title 21, United States Code, Sections 841 (a)(1) & (b)(1)(C), in violation of Title 21, United States Code, Section 846, because the defendant pled guilty to related superseding charges and further prosecution of defendant Kareem Herrill on this Indictment is not in the best interest of the United States at this time.

This dismissal is without prejudice.

*[signature]*
PAUL J. FISHMAN
United States Attorney

Leave of Court is granted on this 9th day of March for the filing of the foregoing dismissal.

*[signature]*
HON. JOSEPH A. GREENAWAY, JR.
UNITED STATES ~~DISTRICT~~ JUDGE *
CIRCUIT

* sitting by designation